IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SOLORZANO, | 1:08-cv-01949-WMW (HC) |
| Petitioner, | ORDER GRANTING RESPONDENTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER |
| vs. | |
| UNKNOWN, et al., | (DOCUMENT #25) |
| Respondent. | DEADLINE: JUNE 3, 2009 |

Petitioner is a state prisoner proceeding pro se with a motion for writ of habeas corpus pursuant to U.S.C. § 2254.

On April 29, 2009, Respondent filed a motion to extend time to file an answer to the petition. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondents' are granted an extension of time and have until June 30, 2009 in which to file an answer to the petition.

IT IS SO ORDERED.

**Dated:   May 4, 2009**           /s/ William M. Wunderlich
                               UNITED STATES MAGISTRATE JUDGE