UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS SOLORZANO, | ) | 1:08-CV-01949 WMW (HC) |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR |
| | ) | RECONSIDERATION |
| v. | ) | |
| | ) | [Docs. #20, 28] |
| UNKNOWN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

Both parties have signed written agreements of consent to jurisdiction by the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Docs. #12, 21).

On January 30, 2008, the undersigned issued an order denying Petitioner's motion for court appointed counsel. (Doc. #15).

On March 3, 2009, Petitioner filed a motion for reconsideration regarding the Court's denial of appointment of counsel. On May 22, 2009 Petitioner filed a memorandum of Points and Authorities in further support of his motion for reconsideration. Petitioner contends that he has "thinking and reading disabilities" and therefore it is in the interest of justice that he be appointed

1 | counsel for his habeas petition. (Docs. #12, 21).

In Petitioner's motion for appointment of counsel he informed the Court that he has severe dyslexia, which necessitated his need for court appointed counsel. After considering the motion this Court found that the interests of justice did not require that Petitioner be appointed counsel. Petitioner's motion for reconsideration and points and authorities in support of that motion give a much more detailed account of his inability to read but do not actually give the Court any new information as a basis on which it might change its decision. Accordingly, Petitioner's motion for reconsideration of this Court's order to deny appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

**Dated:  May 27, 2009**                           /s/  **William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE