UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SOLORZANO,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>UNKNOWN,<br><br>　　　　Respondent.<br>_____/ | 1:08-cv-01949 YNP (HC)<br><br>ORDER DENYING PETITIONER'S MOTIONS FOR RECONSIDERATION OF MOTION TO APPOINT COUNSEL<br><br>[Docs. #41, 42, 45] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 30, 2009, the Court denied Petitioner's motion to have counsel appointed. (Doc. #15.) On March 3, 2009, Petitioner filed a motion for reconsideration regarding the Court's denial. (Doc. #20.) On May 22, 2009, Petitioner filed a Memorandum of Points and Authorities in support of his motion for reconsideration. (Doc. #28). On May 27, 2009, the Court denied both of Petitioner's pending motions for reconsideration regarding appointment of counsel. (Doc. #29.)

On August 19, 2009, Petitioner filed two more motions for reconsideration to appoint counsel and to give him a period of two years in which to learn habeas law. (Docs. #41, 42.) On December 2, 2009, Petitioner filed another motion for reconsideration to appoint counsel. (Doc. #45.) On that same day, Petitioner also filed a motion for a sixty day extension in which to file a traverse. (Doc. #46.)

There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958);

Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court has already found on two previous occasions that the interests of justice would not be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that

1) Petitioner's request for appointment of counsel is denied (Docs. #41, 42, 45) and

2) Petitioner is granted thirty (30) days in which to file a traverse. (Doc. #46.)

IT IS SO ORDERED.

**Dated:   February 24, 2010**              /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE