# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SOLORZANO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent.<br>_____ | 1:08-cv-01949 MJS HC<br><br>ORDER DENYING PETITIONER'S MOTION TO STAY<br><br>[Doc. 52] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Both parties have consented to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1).  (ECF Nos. 12, 21.)

　　　　On January 30, 2009, Petitioner filed a motion to stay the present federal petition to allow time to exhaust additional claims before state courts.  (Mot. to Stay, ECF No. 14.)  On August 20, 2009, the Court issued an order denying Petitioner's motion to stay. (Order, ECF No. 40.) On May 6, 2010, Petitioner filed a second motion to stay the present federal petition to allow time to exhaust additional claims before state courts. (Second Mot. to Stay, ECF No. 52.)  Respondent filed an opposition to the motion on May 13, 2010, and Petitioner filed a response to the opposition on June 1, 2010. (Opp'n and Resp., ECF Nos. 55-56.)

　　　　Petitioner has not provided any information or arguments not previously presented in

U.S. District Court
E. D. California

-1-

1 | his first motion to stay the proceedings. Accordingly, Petitioner's motion to stay is DENIED on
2 | the same grounds relied upon in the Court's order of August 20, 2009. (Order.)

**ORDER**

Accordingly, it is hereby ordered that Petitioner's motion to stay is DENIED.

IT IS SO ORDERED.

Dated:  August 17, 2010        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE